DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
Telephone: (949) 955-1150
Facsimile: (949) 955-1151

Attorneys for Plaintiffs, Counter-Defendants CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ZURICH NORTH AMERICA and ACE AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ZURICH NORTH AMERICA, and ACE AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CONSOLIDATED CRANE & RIGGING, Inc., a Texas corporation, and MAXIM CRANE WORKS, L.P., a Pennsylvania corporation, and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants.<br>_____<br>CONSOLIDATED CRANE & RIGGING, Inc., a Texas corporation,<br><br>　　　　Counter-Claimant(s),<br><br>　vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ZURICH NORTH AMERICA, and ACE AMERICAN INSURANCE COMPANY,<br><br>　　　　Counter-Defendant(s).<br>_____ | Case No. 1:11-cv-01955-LJO-JLT<br><br>**JOINT STIPULATION FOR REMAND AND ATTORNEYS FEES**<br><br>TRIAL DATE:　　NONE SET<br>ACTION FILED:　10/14/11 |

///

1
JOINT STIPULATION FOR REMAND AND ATTORNEYS FEES

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiffs CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ZURICH NORTH AMERICA, and ACE AMERICAN INSURANCE COMPANY and Defendant CONSOLIDATED CRANE & RIGGING, Inc., through their respective counsel, as follows:

1. The parties jointly stipulate to remand this matter to Superior Court of California, County of Kern, where this action was originally filed.

2. The parties jointly stipulate to request Plaintiffs' Motion to Remand as set for January 24, 2012 before this Court to be taken off-calendar.

3. Defendant Consolidated Crane & Rigging, Inc. agrees to pay Foran Glennon Palandech Ponzi & Rudloff the sum of $1,197.00 on or before February 20, 2012 representing the fees and costs incurred in drafting Plaintiffs' Motion to Remand.

**IT IS SO STIPULATED.**

Dated: January 9, 2012          GRAY DUFFY, LLP

                                /s/ Matthew S. Shorr
                             By:_____
                                MATTHEW S. SHORR
                                Attorneys for Defendant CONSOLIDATED CRANE & RIGGING, INC., a Texas corporation


Dated: January 9, 2012          FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

                                /s/ Diana R. Lotfi
                             By:_____
                                DIANA R. LOTFI
                                Attorneys for Plaintiffs, COUNTER-DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ZURICH NORTH AMERICA, and ACE AMERICAN INSURANCE COMPANY

**ORDER**

Based on the parties' stipulation, this Court:

1. REMANDS this action to the Kern County Superior Court;

2. VACATES the January 24, 2012 hearing on the motion to remand;

3. DIRECTS the clerk to take necessary action to remand this action to the Kern County Superior Court and to close this action; and

4.  ENTERS further orders pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:  **January 10, 2012**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE